**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01555-LTB-GPG

LENADO TWELVE, LLC, a Colorado limited liability company; and
LAST CHANCE NUMBER 2, INC., a Colorado corporation,
Plaintiffs,
v.
WESTERN ADVENTURES, INC., a Colorado corporation;
HOWARD VAGNEUR, individually;
THE BOARD OF COUNTY COMMISSIONERS OF PITKIN COUNTY, COLORADO;
LARKSPUR CABIN LLC, a Colorado limited liability company;
VIRGINIA CERISE;
JAMES M. CERISE;
CAROLYN A CERISE;
GEORGE STRANAHAN TRUST;
ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER OF THIS ACTION; and
UNITED STATES FOREST SERVICE, a federal agency of the United States,
Defendants.

**ORDER AMENDING SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINES**

This matter is before the Court on Plaintiffs' Unopposed Motion to Amend Scheduling Order to Extend Discovery Deadlines. The Court has considered the Motion and finding good cause does hereby amend the current Scheduling Order (Document 31) as follows:
1. The deadline for completion of all discovery is extended to April 12, 2013.
2. The deadline for Dispositive Motions is extended to May 13, 2013.
3. Except as amended herein, all other deadlines under the Scheduling Order are unchanged.

Dated this __9th___ day of __December___, 2013.

s/ Gordon P. Gallagher
United States Magistrate Judge