**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.  11-cv-01555-LTB-GPG

LENADO TWELVE, LLC, a Colorado limited liability company, and
LAST CHANCE NUMBER 2, INC., a Colorado corporation,

       Plaintiffs,

v.

WESTERN ADVENTURES, INC., a Colorado corporation;
HOWARD VAGNEUR, individually;
THE BOARD OF COUNTY COMMISSIONERS OF PITKIN COUNTY, COLORADO;
LARKSPUR CABIN, LLC, a Colorado limited liability company;
VIRGINIA CERISE;
JAMES M. CERISE and CAROLYN A. CERISE;
GEORGE STRANAHAN TRUST;
All unknown persons who claim any interest in the subject matter of this action; and
THE UNITED STATES FOREST SERVICE, a federal agency of the United States,

       Defendants.

---

**ORDER**

---

Upon Defendant Larkspur Cabin, LLC's Unopposed Motion to Dismiss Counterclaim
[Doc 40] (Doc 55 - filed February 19, 2013) is GRANTED and all counterclaims of Larkspur
Cabin, LLC are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Defendant/Counterclaimant Larkspur Cabin, LLC
is allowed to withdraw as a party to this litigation (Doc 56).

       BY THE COURT:

        s/Lewis T. Babcock
       Lewis T. Babcock, Judge

DATED:   February 20, 2013