**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Action No.  11-cv-01555-LTB-GPG

LENADO TWELVE, LLC, a Colorado limited liability company, and
LAST CHANCE NUMBER 2, INC., a Colorado corporation,

        Plaintiffs,

v.

WESTERN ADVENTURES, INC., a Colorado corporation;
HOWARD VAGNEUR, individually;
THE BOARD OF COUNTY COMMISSIONERS OF PITKIN COUNTY, COLORADO;
VIRGINIA CERISE;
JAMES M. CERISE,
CAROLYN A. CERISE;
GEORGE STRANAHAN TRUST;
All unknown persons who claim any interest in the subject matter of this action; and
THE UNITED STATES FOREST SERVICE, a federal agency of the United States,

        Defendants,

UNITED STATES OF AMERICA,

        Counterclaimant,

v.

LENADO TWELVE, LLC, a Colorado limited liability company; and
LAST CHANCE NUMBER 2, INC., a Colorado corporation,

        Counterclaim-Defendants.

_____

**ORDER GRANTING JOINT MOTION TO DISMISS ALL CLAIMS AND**
**COUNTERCLAIMS BETWEEN LENADO TWELVE, LLC, AND LAST CHANCE**
**NUMBER 2, INC., AND THE FOREST SERVICE AND**
**UNITED STATES OF AMERICA**
_____

      The Court, having reviewed the Joint Motion to Dismiss All Claims and

Counterclaims Between Lenado Twelve, LLC, and Last Change Number 2, Inc., and the

Forest Service and United States of America, and sufficient cause appearing, hereby GRANTS the motion.   These parties have reached a settlement of all claims and counterclaims that were or that could have been raised between them in this case.

The claims and counterclaims that were raised in this case between Lenado Twelve, LLC, and Last Chance Number 2, Inc., and the Forest Service and the United States of America are hereby dismissed with prejudice.  The United States Department of Agriculture - Forest service and the United States of America are dismissed as parties to this action. Lenado Twelve, LLC, and Last Chance Number 2, Inc., and the Forest Service and the United States of America shall bear their own costs and attorneys' fees.

DATED this ___26th___ day of August, 2013.


BY THE COURT:


___s/Lewis T. Babcock_____
Lewis T. Babcock, Judge