# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Action No.  11-cv-01555-LTB-GPG

LENADO TWELVE, LLC, a Colorado limited liability company, and
LAST CHANCE NUMBER 2, INC., a Colorado corporation,

       Plaintiffs,

v.

WESTERN ADVENTURES, INC., a Colorado corporation;
HOWARD VAGNEUR, individually;
THE BOARD OF COUNTY COMMISSIONERS OF PITKIN COUNTY, COLORADO;
LARKSPUR CABIN LLC, a Colorado limited liability company;
VIRGINIA CERISE;
JAMES M. CERISE,
CAROLYN A. CERISE;
GEORGE STRANAHAN TRUST;
All unknown persons who claim any interest in the subject matter of this action; and
THE UNITED STATES FOREST SERVICE, a federal agency of the United States,

       Defendants,

UNITED STATES OF AMERICA,

       Counterclaimant,

v.

LENADO TWELVE, LLC, a Colorado limited liability company; and
LAST CHANCE NUMBER 2, INC., a Colorado corporation,

       Counterclaim-Defendants.

___

## ORDER RE: PLAINTIFFS' UNOPPOSED MOTION TO REMAND TO STATE COURT

___

The Court, having reviewed the Plaintiffs' Unopposed Motion to Remand to State Court, and sufficient cause appearing, hereby GRANTS the motion.  On August 26, 2013, this Court ordered that the claims and counterclaims between the Plaintiffs-Counterclaim

Defendants Lenado Twelve, LLC, and Last Chance Number 2, Inc., and the United States of America and United States Forest Service be dismissed with prejudice.

The United States or its agencies are no longer a party to this action. As such, this Court no longer has subject matter jurisdiction over the case and remands it to the District Court for Pitkin County for further proceedings therein pursuant to 28 U.S.C. § 1441(c). Lenado Twelve, LLC, and Last Chance Number 2, Inc., and the Forest Service and the United States of America shall bear their own costs and attorneys' fees.

DATED this __23rd__ day of September, 2013.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Judge